[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
AUG 8, 2007
THOMAS K. KAHN
CLERK

_____

No. 06-11562
Non-Argument Calendar

_____

D. C. Docket No. 05-60214-CR-JIC

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DEVON THOMAS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

**(August 8, 2007)**

Before DUBINA, CARNES and HULL, Circuit Judges.

PER CURIAM:

Mark C. Katzef, appointed counsel for Devon Thomas in this direct criminal

appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Thomas's convictions and sentences are affirmed.

While Thomas's counsel filed an Anders brief, we recognize that Thomas filed pro se another brief attempting to raise six claims of ineffective assistance of counsel. Because claims of ineffective assistance of counsel are best presented in a 28 U.S.C. § 2255 motion rather than on direct appeal, we decline to consider these claims. See Massaro v. United States, 538 U.S. 500, 504-05, 508, 123 S. Ct. 1690, 1693-94, 1696 (2003).

**AFFIRMED.**